IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR RODRIGUEZ RESTO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | No. 13-cv-05148 |
| Defendant | : | |

# ORDER

AND NOW this 24th day of June, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 10), Defendant's Response, (Doc. No. 11), and Plaintiff's Reply (Doc. No. 12), and after careful and independent review of the Amended Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Amended Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED, and the matter is REMANDED to the Acting Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

3. JUDGMENT IS ENTERED in favor of Plaintiff, REVERSING the decision of the Acting Commissioner of Social Security for purpose of this remand only; and,

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG
U.S. District Judge